

Gary Easley
18525 Old Monterey Road.
Morgan Hill, Ca.
1-408-722-6298
garyeasley@yahoo.com
95037

~~IN THE ADMINISTRATIVE OFFICE OF THE CITY OF MORGAN HILL~~
U.S. DBT Ct. NORThern

~~IN AND FOR THE COUNTY OF SANTA CLARA, CALIFORNIA~~

IN RE MATTER OF: ~~Case No.~~ CV17-00771 SVK

| | |
|---|---|
| Gary Easley, (Pro-se) ) | ~~NOTICE OF INTENT TO SUE~~ |
| (Plaintiff) ) | FOR MONETARY DAMAGES |
| v. ) | PREREQUISITE TO FILING |
| ) | ACTION AGAINST GOVERMENT |
| ) | AGENCY PURSUANT TO |
| City of Morgan Hill, Morgan Hill ) | CALIFORNIA GOVERNMENT |
| Police Department; Several ) | CODE IF THIS AGENCY DOES NOT |
| Unknown Police Officers ) | PROVIDE PETITIONER WITH THE |
| Valley Medical Hospital ) | REQUESTED DAMAGES |
| ) | (Ca. Gov. Code 910 – 1000). |
| ) | |
| (Defendants/Respondents) ) | |

1.)   Comes now, in the ~~Administrative office in and for the State of California and City of Morgan Hill~~ United States District, the petitioner/plaintiff, Gary Easley, on his own behalf. This brief is submitted to the governmental agency as required by California Government Code 910 through 1000, a prerequisite to filing to an action against the governmental entities and agents depicted within this motion for the complained of events. Petitioner request this case be stayed + abeyed until state criminal proceedings have

2.)   At all times relevant for this action, the petitioner Gary Easley, who the state refers to as a citizen in and of itself, was located in the Morgan Hill, California jurisdiction on the unknown specific dates of: two separate dates in late July, 2014 when he was accosted and detained unlawfully by: several Officers for the City of Morgan California. Their names are

Page 1 of 5

unknown at this time. The petitioner, having been unable to obtain any reports or information concerning these events by the City of Morgan Hill, is still investigating into the real names of the individuals who claimed to be officers for the City of Morgan Hill. At all times the officers wore badges and uniforms, and drove police cruiser vehicles which illustrated the Morgan Hill Police.

3. On the first date in question, sometime on or around February 2nd 2016, the aggrieved party, Gary Easley, was at all times acting within the confines of what this state routinely refers to as "the law". The petitioner was located within his home located at 18525 Old Monterey Road. Sometime on that date, the petitioner was approached by several officers of the Police Department. Petitioner greeted the officers at the front door in a friendly manner. At no time did the Petitioner bequeath upon the officers permission to enter. The Officers rushed into the home without ever attempting to determine what the problem was. The officers tackled the petitioner and he fell hard onto the hard surfaced floor. The officers then began what petitioner describes as a covert torture session which lasted several hours. The officers twisted and applied unreasonable force onto the petitioners wrists. They placed onto the petitioner a special form of handcuffs which enabled them to eventually break the petitioners wrist and then removed him from the home. Prior to removal from home, and shortly after the petitioner was tackled to the ground, several of the officers said "hold him down", and the officers proceeded to grab the petitioners penis and begin squeezing and twisting it until, appearing to attempt to obtain advantage overt he Plaintiff in their battle with petitioner while he was subdued.

During said incident, the petitioners body seemed to burn as though he was sprayed with mace. The police then removed the petitioner from his home and placed him in the back of a squad car wear the front of the car is cealed off from the back. Petitioner complained of not being able to breath, and his skin irritated and demanded being removed from the squad car, for several reasons including because his groin and wrists were hurting. Police ignored him for some time until they finally removed

him, while petitioner calmly wished to assist the police in aiding him from being removed from the vehicle, began at one time shouting quit resisting. They then placed petitioner onto a hospital EMS bed with wheels and strapped him down. The police then placed a bee catchers mask over his head. The inside of the mask was smeared with what looked and smelled like feces. When petitioner requested that the officers clean it, or replace it with another one, the six people present with badges initiated a hold down method wear petitioners hands being held behind his back by cuffs rested directly underneath his spine. With pressure on his wrists officers (3 on each side) pressed down on the petitioners body with enough force to make his hands go numb an impacted veins on the wrist. The officers then placed the petitioner into an EMS transport vehicle.

1.) The Officers are alleged to have sexually assaulted the petitioner during the incident when they grabbed the petitioners petitioners penis. Such action was designed to hurt the petitioner.

2.) The Officers participated in an ongoing conspiracy to target the petitioners strengths and weaknesses.

3.) All actions were done under color of law, statutes, ordinances, and customs and usages of the state of California.

4.) It has become the custom of the Morgan Hill police department to attempt to break the petitioners wrists with misuse of handcuffs, and weaken other important places on his body using unreasonable force. It has become the custom of the police to falsely arrest and accuse the petitioner of crimes. It has become the custom of the police to falsely detain the petitioner keeping him for unreasonable amounts of time in custody. The City and its employees are negligently responsible in some manner for the injuries alleged. THe injuries were proximately caused by that negligence. The City has failed to properly train its officers in the above regard.

5.) The Defendants fabricated a false police report and used the false allegations to instigate criminal charges against the petitioner.

6._) In all allegations, the defendants acted individually and in concert, collectively, Defendants

actions constituted a conspiracy.

7.) In all counts, the defendants deprived the petitioner of his 1st, 5th, 13th & 14th Amendments under the united states constitution.

8.) As a direct and foreseeable consequence of these deprivations, plaintiff has suffered economic loss, physical & emotional harm and distress and harm to reputation and general damages.

9.) Upon information and belief, the supervisory defendants and other officials of the city of morgan hill and santa clara county, having final policy making authority for the santa clara & Morgan hill police and sheriff departments had contemporaneous knowledge through the chain of command that the officers of the MHPD were fabricating false evidence on the dates in question. making false police reports, searches and seizures, concealing evidence of plaintiffs innocence, false reports made, and following an illegally adopted code of procedure designed to commit the above illegal acts and crimes, and to commit govern-mentally sanctioned religious persecution of the plaintiff.

10.) It would have been plainly obvious to a reasonable policy maker that such conduct would lead to deprivations of Plaintiffs constitutional rights.

11.) The supervisory defendants and other officials in the county of santa clara, nevertheless agreed to & approved and ratified this unconstitutional conduct by the county and city and its officials and their subordinates in the police departments.

12.) The city officials and its policy makers failed to properly hire, train, supervise and discipline their employees and made improper retention of the police personnel. They failed to outline proper procedure to their employees. IN committed such failures, the city negligently breached its duty to protect the petitioner and use due care which directly resulted in the injuries.

13.) The defendants, acting under color of law, entered into an express agreement and understandings, and meeting of the minds among themselves for the purpose of depriving plaintiff of his rights under state and federal constitutional mandates, and in bad faith, by following an illegal code of procedure to commence governmentally sanctioned religious persecution of the plaintiff. The

defendants did conspire together for the purpose of assisting a group of state officials who share a common purpose to web plaintiff into the system of the state. thereby weakening his general constitutional rights for the future violations which were to be conduction by cohorts, and for no other reason than spiteful ill will.

14.) Actions reveal a callous disregard for and deliberate indifference to plaintiffs rights.

15.) Plaintiff suffered physical harm and spiritual estrangement. Irrevocable harm to reputation.

16.) Defendants, through their actions committed intentional infliction of emotional distress

17.) As a direct and foreseeable consequence of these policy decisions, the plaintiff was deprived of his rights under the 1st, 13th, 14th, 5th amendments to the united states constitution. 42 USC 1983 17 (Monell v. Dept. of Soc. Services 436 US 658 1978).

## CONCLUSION

As a result of the defendants actions, the plaintiff has suffered monetary damages. The amount of exceeeds 25,000, thereby making this an unlimited civil action.

In submitting this claim to this board, the plaintiff is requesting that the agency either grant or reject the claims contained herein. Thank You.

[Petitioner demands that any and all video evidence of this incident be collected and preserved for the intended lawsuit if petitioners request for the monetary damages is not agreed to.]

## CERTIFICATE OF SERVICE

I, Gary Easley, am the petitioner in this case. I hereby swear under penalty of perjury that everything contained herein is the truth. On the date listed below. On 2-15-2017, I served a true copy of this document to the following parties: Morgan Hill City Hall Government Tort Claims division. Peak Avenue 17575 via personal courier, expenses prepaid. U.S. District Ct, San Jose 2nd Street

2-15-2017

Gary Easley