# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| GARY D. EASLEY,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF MORGAN HILL, et al.,<br><br>    Defendants. | Case No. 5:18-cv-04241 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Edward J. Davila to determine whether it is related to 17-cv-00771 EJD, Easley v. City of Morgan Hill, et al.

IT IS SO ORDERED.

Date: July 18, 2018

_____
Nathanael M. Cousins
United States Magistrate Judge